**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DFF, INC., etc.,

    Plaintiff,

vs.                               Case No. 3:04-cv-1212-J-20HTS

SEA STAR LINE, LLC,
LCL CARGO SERVICES, INC.,
and ATLANTIC GOOD SERVICES,
INC.,

    Defendants.
_____

### O R D E R

    This cause is before the Court on Plaintiff's Motion for Entry of an Order Requiring Defendant to Take the Deposition of Plaintiff's Representative by Telephone (Doc. #17; Motion), filed on May 4, 2005. The Motion is opposed. Memorandum in Response to Plaintiff's Motion for Entry of Order Requiring Defendant to Take Deposition of Plaintiff's Representative by Telephone (Doc. #21; Opposition), filed on May 16, 2005.

    Plaintiff requests the Court direct the deposition of its corporate representative be taken by telephone. Motion at 1-2. It represents it is located in Puerto Rico and it would make "no economic sense for [it] to pay the expenses required" in light of the fact "[t]his case has a value of less than twelve thousand dollars[.]" *Id.* at 2. Sea Star Line, LLC, responds that it has

"served no Notice of Taking Deposition that is presently pending." Opposition at 1.  In addition, though counsel "had asked DFF's attorney to specify dates and times when DFF might appear for a . . . deposition in Coral Gables" that is now moot because new Defendants have been added to the case.  *Id.*

In light of the current posture of the case, the Motion (Doc. #17) is **DENIED** without prejudice to the filing of a similar motion once a deposition is noticed and all parties make their views on the proper location known.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of May, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    *pro se* parties, if any