UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DFF, INC., etc.,

    Plaintiff,

vs.                            Case No. 3:04-cv-1212-J-20HTS

SEA STAR LINE, LLC,
LCL CARGO SERVICES, INC.,
and ATLANTIC GOOD SERVICES,
INC.,

    Defendants.
_____

## O R D E R

This cause is before the Court on Plaintiff's Motion for Entry of an Order Requiring Defendant Sea Star to Take Plaintiff's Deposition by Telephone (Doc. #34; Motion), filed on July 25, 2005. The Motion is opposed. *See id.* at 3.

    Accordingly, it is

    **ORDERED:**

The deposition at issue is hereby **STAYED** pending resolution of the Motion. In addition, any opposition to the Motion must be filed on or before Friday, August 5, 2005.

    **DONE AND ORDERED** at Jacksonville, Florida this 26th day of July, 2005.

*/s/ Thomas E. Morris*
THOMAS E. MORRIS
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any